

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00185-CV

———————————————

IN RE ELIZABETH CASE, Relator

---

Original Proceeding
393rd District Court of Denton County, Texas
Trial Court No. 25-3863-393

---

Before Wallach, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for relief are denied.

Per Curiam

Delivered:  March 25, 2026